**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

CHRISTOPHER C. FULLER,                    Case No. 0:24-cv-00279-ECT-DJF

Plaintiff,

v.

HONEYWELL INTERNATIONAL INC.,

Defendant.

---

**AFFIDAVIT OF CHRISTOPHER C. FULLER IN
SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

---

I, Christopher C. Fuller, hereby declare as follows:

1.   I am over 18 years of age. I reside at 8901 River Ridge Circle, Bloomington, Minnesota 55425. I am fully competent to make this Affidavit and I have personal knowledge of the facts stated in this Affidavit.

2.   I am the Plaintiff in the above matter and have relevant information applicable to my own case, as well as the history, structure and operations of the Defendant.

3.   I submit this Affidavit in support of Plaintiff's Motion to Remand.

4.   Since my first day of employment with Honeywell in 2017, I proposed a project to develop specialized technology with the center of operations in Minnesota. This massive endeavor and numerous other operations have been in Minnesota. This was representative of Honeywell's focus on its Minnesota base for major operations of great import in recent years and up to the present.

5.   When Honeywell assigned me to work for its 'spinoff' Resideo in 2018,

1

Honeywell transferred the specialized technology to Resideo in Minnesota where the first break-through in the technology occurred.  When I returned to work for Honeywell in 2019, the only Honeywell location where specialized technology was being developed was in Minnesota. In 2021, the Honeywell Aerospace Greenhouse segment agreed to fund research efforts only in Minnesota to investigate applying specialized technology to for various purposes.  All work on this specialized technology occurred in Minnesota.

6.   I continued to develop the technology entirely in Minnesota. All work on developing the prototype occurred in Minnesota, except component purchases and the construction of a few measurement fixtures which were designed in Minnesota. All of my efforts were performed in Minnesota.

7.   Honeywell's documentation that specialized technology in which I was involved. and was developed only in Minnesota may make as much revenue as all other products and technology from the rest of the company combined demonstrates that Minnesota is the nerve center for Honeywell for the aforementioned specialized technology. The estimate that the technology may double the annual income of Honeywell was not developed by me, but by leadership and marketing and was presented to corporate leadership in late 2022.

8.   All significant breakthroughs and progress in Honeywell's aforementioned specialized technology have occurred in Minnesota at Honeywell Plymouth, which is the nerve center of this and other technical operations. These ongoing developments included all design work and patents including the above referenced 2021 breakthrough which occurred in Minnesota.

9.   Starting in November of 2023, the FBI office in Minneapolis began an

investigation. Again, the epicenter of the government concerns about the technology and Honeywell's potential illegal behavior which comprise the focus of this litigation has been in Minnesota because the technology and concerns about the technology and Honeywell's behavior are centered in Minnesota. Federal Government representatives in other states were contacted, but refused to get involved specifically because I am located in Minnesota. This again demonstrates that the technology issues and a Honeywell 'nerve center' are centered in Minnesota.

10. I worked at and was located at Honeywell's facility in Plymouth, Minnesota during nearly every event mentioned in the complaint. My managers were also located in Minnesota for the majority of my career at Honeywell. Furthermore, my HR director, Susan Lee, is based in Minnesota. During my entire career at Honeywell, I interacted with Honeywell employees in the North Carolina headquarters office only a handful of times. My primary contacts were all located in Minnesota for my daily work, including contacts with HR representative, Susan Lee.

11. In addition to my work, other technologies within Honeywell Aerospace are key to Honeywell's revenue.

12. The Plymouth integrated site is one of the only facilities in the world which produces devices capable of handling ionizing radiation commonly found in space and other challenging environments required by NASA and other government organizations- work which is pivotal and critical to Honeywell operations.

13. Throughout my career at Honeywell, I have interacted electronically with other Honeywell employees and management located throughout the world as a normal course of business, including working with Honeywell attorneys located throughout the United States.

3

Honeywell's implication that it is not capable of utilizing electronic systems for communication about and management of litigation involving whichever management and officers are involved during a lawsuit is completely dishonest and is an attempt to make the lawsuit cost prohibitive for me given the complexities and protracted schedule for litigation versus State Court.

14. Minnesota, with its vibrant business landscape and strategic advantages, indeed serves as a nerve center for the Honeywell Corporation for many reasons. Honeywell has deep historical ties to Minnesota. Founded in 1906 by Mark C. Honeywell, the company initially focused on heating systems. Its early innovations laid the groundwork for its subsequent growth. The company's headquarters were established in Minneapolis, where it has maintained a a critical and centralized presence for over a century.

15. Minnesota hosts several Honeywell R&D facilities. These centers drive innovation across various sectors, including aerospace, automation, and safety. The Golden Valley campus, for instance, specializes in aerospace technology, avionics, and defense systems. It houses engineers, scientists, and experts who collaborate on cutting-edge projects.

16. Honeywell's aerospace division is a global leader. It designs and manufactures critical components for aircraft, spacecraft, and satellites. Minnesota's skilled workforce contributes significantly to this success. The state's strong engineering and technical talent pool fuels Honeywell's aerospace advancements.

17. Minnesota's central location facilitates efficient supply chain management. The state's robust transportation infrastructure connects Honeywell to global markets. The Minneapolis-Saint Paul International Airport serves as a vital hub for Honeywell's cargo and passenger flights.

18. Minnesota's historical significance, R&D prowess, aerospace dominance,

4

educational partnerships, logistical advantages, talent pool, and community engagement position cause it to be a vital nerve center for the Honeywell Corporation. Advanced Manufacturing Facilities. Minnesota houses state-of-the-art manufacturing facilities for Honeywell's diverse product lines. From aerospace components to industrial automation solutions, these facilities ensure precision and quality. The company's commitment to innovation is reflected in its modern production processes and has been displayed as such by Honeywell, which benefits from and touts Minnesota's skilled workforce- all of which depend upon the management of the company having a strong focus on Minnesota.

19. Minnesota's international airports, including the Minneapolis-Saint Paul International Airport, facilitates Honeywell's global reach and cause an ease of management and officer connections with Minnesota, both virtually and in person. The seamless connectivity of the above allows for efficient travel, supply chain logistics, and collaboration with international partners, as well as litigation management regardless of the specific physical location of officers and managers of the corporation.

20. Minnesota hosts innovation centers and startup incubators. Honeywell actively engages with these hubs to explore emerging technologies. The exchange of ideas and cross-industry collaboration accelerates Honeywell's innovation cycle.

21. Minnesota's harsh winters and diverse climate provide a testing ground for Honeywell's products. Whether it's temperature-resistant materials or robust sensors, the state's challenging environment is constantly promoted and drives Honeywell's engineering excellence. Honeywell has capitalized on this in many forms which have intimately involved managers and officers of the corporation.

22. Honeywell invests in community programs, STEM education, and workforce

5

development initiatives consistently in Minnesota, necessitating present and ongoing involvement of its managers and officers.

23. In summary, Minnesota's historical legacy, collaborative ecosystem, energy focus, aviation prominence, global connectivity, and  innovation hubs, collectively, clearly, and undoubtedly position it as the vital nerve center for the Honeywell Corporation. The state's synergy with Honeywell's vision ensures continued growth and impact and resultingly, ongoing and direct involvement in Minnesota operations through officers and managers is present and inevitable.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated: March 1, 2024

Christopher C. Fuller (Mar 1, 2024 14:52 CST)

Christopher C. Fuller